**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT-N.D. OF N.Y.
FILED
MAR 08 2004
AT___O'CLOCK___
_____, Baerman, Clerk-Syracuse

Randloph Scott **Plaintiff(s)**

vs.

Timoehy Quain **Defendant(s)**

**INMATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Civil Case No.:

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Randloph Scott #84-B-0381

   Address: Clinton Correctional Facility Annex
   P.O. Box 2002
   Dannemora, New York 12929

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Timoehy Quain
   Official Position: "RN" II

   Address: Clinton Correctional Facility Annex
   P.O. Box 2002
   Dannemora, New York 12929

Form E (2) (a) . 1

b.  **Defendant:** _____

Official Position: _____

Address: _____

_____

_____

c.  **Defendant:** _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4. **PLACE OF PRESENT CONFINEMENT**

a. Is there a prisoner grievance procedure at this facility?

(✓) Yes          ( ) No

b. If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?

(✓) Yes          ( ) No

If your answer to 4(b) is YES:

(i) What steps did you take?
_Filing a grievance on the ground of unprofessional misconduct._

(ii) What was the final result of your grievance?
_Receive no reply back._

Form E (2) (a) . 2

If your answer to 4(b) is NO:

Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

( ) Yes   ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?

_____

_____

(ii) What was the **final** result regarding your complaint?

_____

_____

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

_____

_____

5. **PREVIOUS LAWSUITS**

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

( ) Yes   (✓) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

    i.    Parties to previous lawsuit:

        Plaintiffs:

        _____

        Defendants:

        _____

    ii.    Court (if federal court, name District; if state court, name County:

        _____

    iii.    Docket number: _____

    iv.    Name of Judge to whom case was assigned:

        _____

    v.    Disposition (dismissed? on appeal? still pending?)

        _____

    vi.    Approximate date of filing prior lawsuit:

        _____

    vii.    Approximate date of disposition:

        _____

6.                               **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)**

On 12/26/03. I'come here to Clinton Correcti-onal Facility Annex. From Elmira Correctioual facility. With a personal permited. To wear my personal dark tented eyeglasses because I've a "eye-disease" of "Glaucoma" in both eyes have "Allergy" in both eyes. Have 80% lost of Vision in my "Right-eye" From the disease

Form E (2) (a) . 4

F6 (Attaching a additional sheet(s) for more space of Statement of Claim).

Knowing and having knowledge as a "RN" of the medical department "RN" Timoehy Quain, knowing of my "medical record" & my "eye-disease" as well as knowing I' Randloph Scott #84-B-0381 need a premit to wear my personal dark tented eyeglasses. In "New York State department of correctional Service. From the medical department (it's) a State wide policy, that a "New York State prisoner do have a personal -or- permit. To wear dark-tented eyeglasses. Inside of the facility From the medical department." On 12/30/03. 1/26/04 and 2/2/04. "RN" Timoehy Quain destory (3) personal permits that was given to me to wear my personal dark tented eyeglasses. My first personal permit was give to me, here at Clinton correctional Facility Annex, by the medical department administrator Nurse. Tousigrant on 12/26/03. On 12/30/03. "RN Timoehy Quain" call me out of my darm 10-2 and destroy permit (1). Then I was give permit the second time by "RN" unknown on 1/6/04. destroy Then I was give third permit on 1/29/04. Again by "RN E. Blaise" then again call out of my darm 6-1 by "RN Timoehy Quain" up to the medical-department and "RN Timoehy Quain" destroy my (3) permit. To wear my personal dark tented eye-glasses, which I do need permit to wear my personal dark tented eyeglasses. Because of my serious medical need to wear dark tehted eyeglasses  —

because of the "Serious eye-diseas" I also filed a "Inmate with Diabetes" Act under Human-Rights of American With Diabetes, with the Superintendent (Dale Artus). Which was sign by my New York State department of correctional Service correction counselor, MRS. P.J. Komlos. also Sign by Superintendent, D. Artus on 1/20/04. In Sent to medical department "RN Timoehy Quain" refuse to Honor the Diabetes Act under Human Rights D. Constitutional Law)

The Law has long accepted that prisons must to some extent, provide for prisoners medical care. The U.S. Supreme Court concluded that medical care is a condition of confinement that is protected by the "Eight Amendment's guarantee against cruel and unusual punishment. The U.S. Supreme court specifically held that "deliberate indifference to Serious medical needs of prisoners constitutes the unnecessary and wanton infliction of pain" that (Violated) the Eight Amendment prohibits.

my alleged were Violated, and my statement of Claim prove my Violated, and my medical reason and medical record will Show my serious of my medical need to have my (eyes) protect from light & Sun. "RN Timoehy Quain" having frist hand knowledge of my medical needs to have both eyes protected, by wearing dark tented eyeglasses. Violated-my Eight Amendment. under the ground of Violated of my Eight Amendment, I'm hereby asking of the court to be rewarded the Sum of $5,000,000 - for cruel and unnsual punishment & wrongful negligence of suffering & pain by the hand of "RN Timoehy Quain".

MR. Timoehy Quain "RN" having First hand Knowledge. OF my "eye-disease" Destroy (3) personal premiteds, To keep me from wearing my personal dark tented eyeglasses. Medical needed to protect both eye vision. Allegations of wrongful misconduct.

7. ### CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

#### FIRST CAUSE OF ACTION

To have my Violated up held under the Constitutional of the Eight Amendments. Which was wrongful Vilated by "RN" Timoehy Quain, AS a unprofessional medical Staff. Rightful Knowing of my Serious medical "Condition" & Needs & care by the medical department.

#### SECOND CAUSE OF ACTION

Asking of the court again under the Constitutional of the Eight Amendments to have "RN Timoehy Quain" Rightful removal of medical certificate from medical department. Under the grounds of cruel and unusual punishment.

#### THIRD CAUSE OF ACTION

having the First hand knowledge of - a inmate medical Records and wrongful acting unprofessional as a medical staff who's pose to up held the duty of a professional Staff, be held for his act of negligence and wrongful medical care. and be reward by the court. OF honor in order. AS court (Seen) reward. OF $5,000,000

Form E (2) (a) . 5

8.  Plaintiff(s) demand(s) a trial by

(Jury) -or- Court

(Circle only one).

9.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

To up-held the Constitutional Eight Amendment of the Serious medical care. By the constitutional Law. Also up-held reward Sum of $5,000,000 cause of the cruel and unusual punishment, wrongful - negligence of Suffering pain. By "RN Timoethy Quain"

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/6/04.

_Randlloph Scott_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

Form E (2) (a) . 6

☆ U.S. GOVERNMENT PRINTING OFFICE: 1997 - 510-722/50003