UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------
RANDOLPH SCOTT,

                Plaintiff,

    -v.-                                                                              9:04-CV-0247
                                                                                    (NAM)(DEP)

TIMOTHY QUAIN, RN II,

                Defendant.
--------------------------------------------------------------------------

APPEARANCES:

RANDOLPH SCOTT
Plaintiff, *pro se*
84-B-0381
Auburn Correctional Facility
135 State Street
Auburn, NY 13021

NORMAN A. MORDUE, U.S. DISTRICT JUDGE

### DECISION and ORDER

      This matter was forwarded to the Court, by the Clerk of Court, to review Plaintiff's compliance with the prior Orders of this Court. It appears to this Court that service of process has not been effectuated in this action, which was filed on March 8, 2004. The Complaint was ordered to be served on May 5, 2004. Docket No. 4.

      Rule 4(m) of the Federal Rules of Civil Procedure requires that service of process be effectuated within 120 days of the date of filing of the complaint. *See also* Local Rule 4.1(b) ("General Order 25 ... requires ... service of process upon all defendants within sixty (60) days of the filing of the complaint"). Herein, Plaintiff was advised by the U.S. Marshals on September 9, 2004 that service could not be perfected on Timothy Quain, the sole Defendant in this action. Docket No.7. The notice from the Marshals also advised Plaintiff to contact them, in writing, if Plaintiff desired that the Marshals make any further attempt to

serve the Defendant. *Id.* On March 25, 2005 Magistrate Judge Peebles issued an Order directing Plaintiff to show cause why this action should not be dismissed for failure to serve the Defendant within in the time permitted under the Federal Rules of Civil Procedure. Docket No. 9. The Court received no response to Judge Peeble's March Order. On May 25, 2005 the documents docketed as Docket Numbers 6 - 9 were re-served on Plaintiff at the facility where he is currently incarcerated. Four months have now passed and the Court has received no response from Plaintiff.

In light of the above, this action shall be dismissed.

WHEREFORE, it is hereby

ORDERED, this action be DISMISSED, and it is further

ORDERED, that the Clerk serve a copy of this Order on the Plaintiff by regular mail.

IT IS SO ORDERED.

Dated: September 29, 2005

Norman A. Mordue
U.S. District Judge